UNITED STATES of America, Plaintiff–Appellee,

v.

Francisco VILLAGOMEZ–SIERRA, Defendant–Appellant.

No. 06–50442

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 19, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western

---

District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Pedro Galindo Nieto, Nieto Law Office, Uvalde, TX, for Defendant–Appellant.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Francisco Villagomez–Sierra has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.